UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Jude Mabaya</u>**

      v.                                                                          Case No. 26-cv-148-PB-AJ

**<u>Patricia Hyde, Acting Director,</u>**
**<u>Massachusetts Field Office,</u>**
**<u>Immigration and Customs Enforcement, et al.</u>**

**<u>ORDER</u>**

Jude Mabaya filed the instant petition for a writ of habeas corpus in the District of Massachusetts on February 14, 2026. Doc. 1. The case was subsequently transferred to this Court. Doc. 10. In turn, this Court ordered the government to show cause why I should not grant Mabaya's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a), based both on his apparent membership in the class certified in <u>Guerrero Orellana v. Moniz</u> and his similarity to the petitioner granted such relief on procedural due process grounds in <u>Destino v. FCI Berlin</u>. Doc. 13 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025) and No. 25-cv-374, Doc. 9 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Mabaya would receive the same result as the petitioner in <u>Destino</u> were

that case's reasoning applied here. See Doc. 15. While the government gestures to certain arguments related to that authority—which it remains free to invoke in future cases notwithstanding the result of this case—it has not substantively developed those arguments here and thus has not shown cause for Mabaya's continued detention without a bond hearing.

Accordingly, because I agree with the Court's reasoning in Destino, the government is hereby ordered to afford Mabaya a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Mabaya's release during the pendency of his removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

March 4, 2026

cc:   Counsel of Record