# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Jude Mabaya**

     v.                                                        Case No. 26-cv-148-PB-AJ

**Patricia Hyde, Acting Director,**
**Massachusetts Field Office,**
**Immigration and Customs Enforcement, et al.**

## ORDER

After the government notified the Court that Jude Mabaya received the bond hearing he sought on March 10, 2026, see Doc. 22, I ordered Mabaya to show cause within seven days why his petition should not be dismissed. Doc. 23. Mabaya has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

                          /s/  Paul Barbadoro
                          Paul J. Barbadoro
                          United States District Judge

March 26, 2026

cc:    Counsel of Record